# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL

VERSUS

OCCIDENTAL CHEMICAL COMPANY, ET AL

NO. 2019 CW 0533

AUG 2 2 2019

---

In Re:    Liberty Insurance Underwriters, Inc., applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33796.

---

**BEFORE:    GUIDRY, WELCH, AND THERIOT, JJ.**

**WRIT GRANTED WITH ORDER.** The portion of the trial court's April 22, 2019 judgment which denied the exception of lis pendens filed by Liberty Insurance Underwriters, Inc. is reversed. The exception of lis pendens is granted and the claims of plaintiffs asserted against Liberty Insurance Underwriters, Inc. in the thirteenth and fourteenth amended petitions are hereby stayed until the action pending in federal court between these parties has been discontinued or final judgment has been rendered.

**JMG**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT